```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**DALE G. BECKER**,

       **Plaintiff**,

  vs.                                  **Civil Action 2:05-CV-908**
                                          **JUDGE GRAHAM**
                                          **Magistrate Judge King**

**WARDEN ROSS CORRECTIONAL INSTITUTION**, *et al.*,

       **Defendants.**

<u>**ORDER**</u>

On August 3, 2006, the United States Magistrate Judge issued a *Report and Recommendation* recommending that *Plaintiff's Motion for Default Judgment*, Doc. No. 11, be denied and that *Defendants' Motion to Dismiss*, Doc. No. 23, be denied. Plaintiff was directed to effect proper service of process, in conformity with S.D. Ohio Civ. R. 4.2, within twenty-eight (28) days of the date of this *Report and Recommendation*. Plaintiff was cautioned that failure to properly effectuate service of process, as set forth in the *Report and Recommendation*, could result in dismissal of this action. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The *Plaintiff's Motion for Default Judgment*, Doc. No. 11, is **DENIED**. *Defendants' Motion to Dismiss*, Doc. No. 23, is likewise **DENIED**.

It is so ORDERED.

                                                s/James L. Graham
                                                JAMES L. GRAHAM
                                                United States District Judge

DATE:   September 20, 2006