IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DALE G. BECKER,

    Plaintiff,

  vs.                        Civil Action 2:05-CV-908
                              JUDGE GRAHAM
                              Magistrate Judge King

WARDEN ROSS CORRECTIONAL
INSTITUTION, *et al.*,

    Defendants.

ORDER

    Plaintiff asks the Court to reconsider the order of September 20, 2006, in which the Court adopted and affirmed the August 3, 2006, *Report and Recommendation*.  Plaintiff specifically complains that the Court failed to consider his request for an extension of time in which to file objections to the *Report and Recommendation*.  To the contrary, however, the Court did consider plaintiff's motion for an extension of time, Doc. No. 31, and granted plaintiff until September 8, 2006 to file objections. Doc. No. 32.  Accordingly, plaintiff's motion to reconsider, Doc. No. 34, is **DENIED.**

    It is so ORDERED.


                                              s/James L. Graham
                                              JAMES L. GRAHAM
                                              United States District Judge

DATE:  October 5, 2006